NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-cr-0171-26-JKS-JDR |
| ) | |
| Plaintiff, ) | **MOTION TO DISMISS** |
| ) | **INDICTMENT** |
| vs. ) | |
| ) | |
| JAVIER VISUENA-CEJA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

COMES NOW United States of America, by and through undersigned counsel, and moves to dismiss the Indictment, without prejudice, in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 22nd day of January 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov