

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:03-cr-0171-26-JKS-JDR |
| Plaintiff, | ) ~~[REDACTED]~~ **ORDER TO DISMISS INDICTMENT** |
| vs. | ) |
| JAVIER VISUENA-CEJA, | ) |
| Defendant. | ) |

Having considered the government's Motion to Dismiss Indictment, IT IS HEREBY ORDERED that the government's motion is GRANTED. The above-captioned indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 23 day of January, 2008, at Anchorage, Alaska.

**REDACTED SIGNATURE**

United States District Court Judge