

RECEIVED
JAN 23 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. ) Case No. 3:03-cr-00171-26-JKS
)
JAVIER VISEUNA-CEJA, )
)
       Defendant. )
)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal without prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ____ (Other reason, or reasons, if any);
of the offense(s) of Conspiracy and Money Laundering as charged in count(s) 1, 47, 57, 59-60, 63, 65,73, 79-80, 82, 85, 88, 90, 92-99 of the Superseding Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage Alaska, this 23 day of January, 2008.

REDACTED

_____
For JAMES K. SINGLETON, JR.
    United States District Judge

[303cr171-26 jud disch.wpd]{DISCHARG.WPD*Rev.07/03}